MICHAEL D. LONG (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for ALFONSO RIVERA, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br><br> CESAR ERENDIRA NAVA, <br> ALFONSO RIVERA, Jr., and <br> GEORGINA LOPEZ-QUINTERO, <br> Defendants. | No. 2:17-cr-00064-JAM-4 <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE **ONLY FOR ALFONSO RIVERA** <br><br> Requested date: 6-8-2021 <br> Time: 9:30 a.m. <br> Judge: Hon. John A. Mendez |

It is hereby stipulated between the parties, Jason Hitt, Assistant United States Attorney, Michael Long, attorney for defendant ALFONSO RIVERA, Jr., that the status conference set for May 18, 2021, at 9:30 a.m. should be continued and re-set for June 8, 2021, at 9:30 a.m. It is anticipated that Mr. Rivera will enter his guilty plea on June 8, 2021.

The parties further agree that this Court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown. The government has provided over 1,750 pages of discovery, including many audio and video recordings. Attorney Michael Long continues to read, view and listen to the discovery, investigate the case and meet with his client. Counsel for Mr. Rivera believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Counsel for the United States does not oppose this requested continuance.

Mr. Hitt and Mr. Long are both available to appear in this case on June 8, 2021.

-1-

Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial. Time has already been excluded through May 18, 2021.

Both parties request the date of June 8, 2021, at 9:30 a.m., for the new status hearing. The request for extending the date for the status conference is at the specific request of each of the defendants and with the knowing, intelligent and voluntary waiver of defendant Rivera's speedy trial rights under the law. Good cause is hereby shown.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 18, 2021, to June 8, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: May 11, 2021 Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Alfonso Rivera, Jr.

Dated: May 11, 2021 PHIL TALBERT
Acting United States Attorney

/s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

///

# ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED.**

The date for the status hearing in this matter is hereby **RESET** for **June 8, 2021, at 9:30 a.m.**, before District Court Judge John A. Mendez. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 18, 2021, to the new hearing date of June 8, 2021, inclusive, is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: May 11, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE