MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for ALFONSO RIVERA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>              Plaintiff,<br><br>   v.<br><br>ALFONSO RIVERA,<br><br>             Defendant. | ) No. 17-64 JAM<br>)<br>) STIPULATION AND ORDER<br>) MODIFYING THE SCHEDULE<br>) FOR MR. RIVERA'S PRE-SENTENCE<br>) REPORT FOR A NEW SENTENCING DATE<br>) OF OCTOBER 5, 2021<br>)<br>) Judge: Hon. John A. Mendez |

      Defendant Alfonso Rivera is requesting a short continuance of his sentencing hearing, which is presently set for September 14, 2021.  AUSA Jason Hitt, on behalf of the United States Attorney's Office, and USPO Janice Slusarenko, on behalf of the United States Probation Office, have no objection to the requested continuance.  The parties hereby stipulate to re-set the schedule for the pre-sentence report as follows:

      Judgment and Sentencing Date: October 5, 2021

      Reply, or Statement of Non-opposition: September 28, 2021

      Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: September 21, 2021

      The Presentence Report shall be filed with the Court and disclosed to the parties no later than: September 14, 2021

      Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: September 7, 2021

-2-

The proposed Presentence Report shall be disclosed to counsel no later than: August 24, 2021

Dated: July 30, 2021                      Respectfully submitted,

                                          /s/ Michael D. Long
                                          MICHAEL D. LONG
                                          Attorney for Alfonso Rivera

Dated: July 30, 2021                      PHIL TALBERT
                                          Acting United States Attorney

                                          /s/ Jason Hitt
                                          JASON HITT
                                          Assistant U.S. Attorney

ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders that the schedule for Mr. Rivera's pre-sentence report is amended as follows:

Judgment and Sentencing Date: October 5, 2021

Reply, or Statement of Non-opposition: September 28, 2021

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: September 21, 2021

The Presentence Report shall be filed with the Court and disclosed to the parties no later than: September 14, 2021

Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: September 7, 2021

The proposed Presentence Report shall be disclosed to counsel no later than: August 24, 2021

Dated: July 30, 2021                      /s/ John A. Mendez
                                          THE HONORABLE JOHN A. MENDEZ
                                          UNITED STATES DISTRICT COURT JUDGE