MICHAEL D. LONG
Attorney at Law
California State Bar Number 149475
901 H Street, Suite 301
Sacramento, CA 95814
Telephone:  (916) 201-4188
Facsimile:  (916) 442-8299
Email:         mike.long.law@msn.com

Attorney for Defendant
ALFONSO RIVERA, Jr.

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>     vs.<br><br>ALFONSO RIVERA, Jr.,<br><br>          Defendant | Case No.:  Cr.S-17-64 JAM<br><br>**ORDER TO FILE UNDER SEAL EXHIBIT "A" TO THE DEFENSE SENTENCING MEMORANDUM** |

**ORDER**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** THAT EXHIBIT "A" TO THE DEFENSE SENTENCING MEMORANDUM SHALL BE FILED UNDER SEAL.

**IT IS SO ORDERED.**

DATED:  September 21, 2021          /s/ John A. Mendez
                                                              THE HONORABLE JOHN A. MENDEZ
                                                              UNITED STATES DISTRICT COURT JUDGE