MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for ALFONSO RIVERA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 17-64 JAM |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) MODIFYING THE SCHEDULE |
| | ) FOR Mr. RIVERA'S PRE-SENTENCE |
| | ) REPORT FOR A NEW SENTENCING DATE |
| ALFONSO RIVERA, | ) OF December 14, 2021 |
| | ) |
| Defendant. | ) Judge: Hon. John A. Mendez |

Defendant Alfonso Rivera is requesting a continuance of his sentencing hearing, which is presently set for October 5, 2021.  Mr. Rivera requests a new sentencing date of December 14, 2021. AUSA Jason Hitt, on behalf of the United States Attorney's Office, and USPO Janice Slusarenko, on behalf of the United States Probation Office, have no objection to the requested continuance.  The final PSR has been filed as have the briefs if the parties.  There is no need to amend the PSR schedule.

Dated:  October 4, 2021                                      Respectfully submitted,

                                                                                    /s/ Michael D. Long
                                                                                    MICHAEL D. LONG
                                                                                    Attorney for Alfonso Rivera

Dated:  October 4, 2021                                      PHIL TALBERT
                                                                                    Acting United States Attorney

                                                                                    /s/ Jason Hitt
                                                                                    JASON HITT
                                                                                    Assistant U.S. Attorney

-1-

ORDER

**<u>GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED</u>**.

The Court hereby orders that the new sentencing date for Mr. Rivera is December 14, 2021.

Dated: October 4, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE