MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for ALFONSO RIVERA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　v.<br><br>ALFONSO RIVERA,<br><br>　　　　Defendant. | ) No. 17-64 JAM<br>)<br>) STIPULATION AND ORDER FOR A<br>) NEW SENTENCING DATE OF<br>) JANUARY 18, 2022 FOR M. RIVERA<br>)<br>) Judge: Hon. John A. Mendez<br>) |

　　　Defendant Alfonso Rivera is requesting a continuance of his sentencing hearing, which is presently set for December 14, 2021.  Mr. Rivera requests a new sentencing date of January 18, 2022 at 9:30 AM.  AUSA Jason Hitt, on behalf of the United States Attorney's Office, and USPO Janice Slusarenko, on behalf of the United States Probation Office, have no objection to the requested continuance.  The final PSR has been filed, as have the briefs of the parties.  There is no need to amend the PSR schedule.

Dated:  December 8, 2021　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Michael D. Long
　　　　　　　　　　　　　　　　　　　　　　MICHAEL D. LONG
　　　　　　　　　　　　　　　　　　　　　　Attorney for Alfonso Rivera

Dated:  December 8, 2021　　　　　　　　　　PHIL TALBERT
　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　　　/s/ Jason Hitt
　　　　　　　　　　　　　　　　　　　　　　JASON HITT
　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

ORDER

**<u>GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED</u>**.

The Court hereby orders that the new sentencing date for Mr. Rivera is January 18, 2022 at 9:30 AM.

Dated:  December 8, 2021                                /s/ John A. Mendez
                                                                           THE HONORABLE JOHN A. MENDEZ
                                                                           UNITED STATES DISTRICT COURT JUDGE